**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX**

UNITED STATES OF AMERICA,              )

       Plaintiff,                                )

    v.                                             )    24-CR-001

                             )

MITCH STEVENSON                        )

       Defendant,                              )

**EX-PARTE MOTION REQUESTING AUTHORIZATION TO TRAVEL UNDER CJA AND INCLUDING ESTIMATE OF ANTICIPATED EXPENSES OF THE REQUESTEDE TRAVEL.**

TO THE HONORABLE COURT

    COMES NOW defendant Mitch Stevenson and through the undersigned attorney, very respectfully State and Prays:

1.    This Honorable Court, in an Ex Parte Order issued on March 4, 2026 called into our attention that the previous request for authorization to travel under CJA failed to include an estimate expense estimate *for airfare, lodging, meals, ground transportation or the total projected cost of the requested travel.*

2.    A search for expected expenditures for the requested travel, indicates that the cost of airfare, lodging and ground transportation should be in the amount of One Thousand Six hundred Dollars ($1,600.00). That amount includes also for meals.

3.    Included is an internet search for the travel expenses to be expected.,

8.    Very respectfully, defendant's counsel   request authorization from the Court to travel from March 18, 2026, to March 21, 2026, under the CJA Authorization and all booking to be

made under National Travel for flight and hotel arrangements to avoid our of pocket costs and ensure government rates.

WHEREFORE, it is respectfully requested that the Honorable Court grant the present motion and to allow the undersigned permission to travel to defendant's place of residence to discuss discovery material.

RESPECTFULLY SUBMITTED.

IN SAN JUAN, PUERTO RICO FOR ST. CROIX, USVI., MARCH 5, 2026.

S/RUBEN CEREZO-HERNANDEZ
RUBEN CEREZO-HERNANDEZ, ESQ.
USDC NO. 204110
COUNSEL FOR DEFENDANT
PO BOX 190912
SAN JUAN, PR 00919
TEl (787) 282-0646

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on March 2, 2026, I electronically filed the foregoing with the clerk of the Court using CM/ECF SYSTEM which will send notification of such filing to the following: AUSA in charge of the case.

IN San Juan, P.R. March 2, 2026.

S/RUBEN CEREZO-HERNANDEZ
USDC NO. 204110
COUNSEL FOR DEFENDANT
PO BOX 190912
SAN JUAN, PR 00919

Hello, Ruben

# Review and book

Signed in as
ruben@cerezolaw.com

You will earn $14.58 in Orbucks

## Who's flying?

Traveler names must match your government-issued photo ID exactly.

* Required

**San Juan (SJU) to Cincinnati (CVG)** Wed, Mar 18 - Sat, Mar 21

✔ Free cancellation within 24 hours

### Traveler 1: Adult, primary contact

Traveler name *

Ruben Cerezo

First name *          Middle name          Last name *

Ruben                                      Cerezo

Country/Territory Code

United States of America +1

Phone number *

7873789200

Passport *

United States of America

Gender *

● Male   ○ Female

Date of birth *

12 - Dec      26      1954

Frequent flyer, TSA PreCheck, redress and more ¤

## Who's checking in?

**SpringHill Suites by Marriott Cincinnati Blue Ash** Wed, Mar 18 - Sat, Mar 21

### Room 1: 1 Adult, 1 King Bed and 1 Double Sofa Bed, Non-smoking

✔ Breakfast included   ✔ Free parking   ✔ Free WiFi

Full name *

Ruben Cerezo



Special requests (optional) ¤

## Who's driving?



9.2 **Wonderful**
(421 reviews)

🏨 **SpringHill Suites by Marriott Cincinnati Blue Ash** ¤
Cincinnati, OH
Wed, Mar 18 - Sat, Mar 21
1 room, 3 nights

✈ **Roundtrip Flight** ¤
San Juan (SJU) to Cincinnati (CVG)
Wed, Mar 18 - Sat, Mar 21
1 ticket, 1 adult

🚗 **Standard** ¤
Hebron, OH (CVG Airport)
Wed, Mar 18 - Sat, Mar 21
👤5  🧳4  ❄A/C  ⚙Automatic

| | |
|---|---|
| Package subtotal | $1,460.72 |
| Package savings | -$55.02 |

Wow! You're saving by booking your trip as a package

| | |
|---|---|
| Rental Car Damage Protection payable today | $56.00 |
| **Total due today** ¤ | **$1,511.70** |
| **Package total** | **$1,511.70** |

Rates are quoted in US dollars.

* Required

**Standard**  Wed, Mar 18 - Sat, Mar 21
✔ Free Cancellation

Full name *

Ruben Cerezo

Loyalty and flight information (optional) +

Recommended

## Protect your trip

For peace of mind at every step of your journey.

## Flight and Hotel Protection

Add coverage against certain cancellations, interruptions, delays, and more.

Select an option to continue *

○ Yes, I want to protect my flight and hotel booking.                  **$145.60**
                                                                        per person

🚲 Trip cancellation and interruption up to 100% for covered reasons

🩺 Medical expenses up to $500,000 per plan

✈ Emergency medical evacuation and transportation up to $500,000 per plan

⏱ Meals, hotels, and transport for certain trip delays, up to $15,000 per plan

🧳 Baggage loss up to $10,000 and delay up to $3,000 per plan

View benefit details

○ No, thanks. I am willing to travel without protection.

View plan details and disclosures ⊘

## Rental Car Damage Protection

✔ **Nice! You've added Rental Car Damage Protection.**
   Your trip total has been updated.
   Change

The cost of these plans include travel insurance and assistance services.

## Payment

✔ We use secure transmission    ✔ We protect your personal information

■ ▤ 🏧 💳 💳 VISA

◉ Use a stored card    ○ Use a different card

Card *

MasterCard ending in 0868

Security code * 🛈

[          ]